■ In the Matter of DARREN ROGERS, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [948 NYS2d 922]—Appeal from a judgment of the Supreme Court (Connolly, J.), entered July 13, 2011 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review, among other things, a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Judgment affirmed, upon the opinion of Justice Gerald W. Connolly.

Lahtinen, J.P., Spain, Malone Jr., Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.